LESTER I. BLOHM, Appellant, v. EDWARD E. BLOHM, Individually and as
Executor, etc., Respondent.— Motion to dismiss appeal referred to the

Hon. Edward B. Thomas, as official referee, to take proof of the facts, and report to this court. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.